No. 92–2009. MISSOURI v. ERWIN. Sup. Ct. Mo. Certiorari denied.

No. 92–2013. EZOLD v. WOLF, BLOCK, SCHORR & SOLIS-COHEN. C. A. 3d Cir. Certiorari denied.

No. 92–2015. BABER v. COMMISSION ON RETIREMENT, REMOVAL AND DISCIPLINE. Sup. Ct. Mo. Certiorari denied.

No. 92–2017. CLEARY v. ROBERT WASSERWALD, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–2018. GO-VIDEO, INC. v. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–2019. CONSOLIDATED CHEMICAL WORKS ET AL. v. MARCUS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–2020. MARSH, A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, MARSH v. ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK. C. A. 9th Cir. Certiorari denied.

No. 92–2021. BESING ET AL. v. HOME INSURANCE COMPANY OF INDIANA. C. A. 5th Cir. Certiorari denied.

No. 92–2023. FELICIANO ET AL. v. CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–2024. FORT WAYNE EDUCATION ASSN., INC. v. FORT WAYNE COMMUNITY SCHOOLS ET AL.; and
No. 93–127. UNITED STATES POSTAL SERVICE v. FORT WAYNE EDUCATION ASSN., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–2026. VISTA PAINT CORP. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–2027. WOODS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–2028. PAGANUCCI ET AL. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.